# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

St Louis District Office
1222 Spruce, Room 8.100
St. Louis, MO 63103
(314)798-1960
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A and 161-B)

Issued On: 04/25/2024

**To:** Timothy Bagwell
3424 Tedmar Ave
Saint Louis, MO 63139

**Re:** Timothy Bagwell v. Excelsior University
EEOC Charge Number: 28E-2024-00185

EEOC Representative and email:    Joseph J. Wilson
State, Local & Tribal Program Manager
Joseph.Wilson@EEOC.gov

### DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge.

The EEOC is terminating its processing of this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

Please retain this notice for your records.

On Behalf of the Commission:

Digitally Signed By: David Davis  4/25/2024
David Davis
District Director

 Timothy C. Bagwell, PhD <dr.tbagwell@gmail.com>

# Your Daily Digest for Sat, Apr 27

**USPS Informed Delivery**
<USPSInformeddelivery@email.informeddelivery.usps.com>

Sat, Apr 27, 2024 at 7:22 AM

To: dr.tbagwell@gmail.com

You have mail and packages arriving soon.

4/27/2024

 COMING TO YOUR MAILBOX SOON.



View all mail on dashboard



Do more with your mail

 Set a Reminder



Do more with your mail

Set a Reminder



Do more with your mail

Set a Reminder