Timothy Clarke Bagwell, Ph.D.
3424 Tedmar Avenue
Saint Louis, MO 63139
314 610-0581
dr.tbagwell@gmail.com

RECEIVED
JUL 24 2024
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

July 24, 2024

Clerk of Court - Nathan M. Graves
St. Louis - Eastern Division
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

Dear Mr. Graves,

I am filing a civil lawsuit Pro Se against my employer, Excelsior University of Albany, New York. I had intended on the help of an attorney, but he failed me, and I have filed a complaint with OCDC regarding his behavior.

I am a remote worker residing in Saint Louis as a professor in Excelior's Business Administration, Public Administration, and Public Health programs.

The New York Division of Human Rights claims they have no jurisdiction over my claim.

I utilized the online Pro Se form for employment suits from the Division's website. I have attached it. I have included copies of my 90-day Right-to-Sue Letters from the EEOC and the Missouri Commission on Human Rights. The EEOC letter is dated 04/25/2024. I have also attached a copy of the USPS Informed Delivery email indicating receipt of the letter on 04/27/2024, placing my 90 days at 07/26/2024.

Respectfully,

Timothy Clarke Bagwell, Ph.D.