Timothy Clarke Bagwell, Ph.D.
3424 Tedmar Avenue
Saint Louis, MO 63139
314 610-0581
dr.tbagwell@gmail.com

September 7, 2024

Clerk of Court - Nathan M. Graves
St. Louis - Eastern Division
Thomas F. Eagleton Courthouse
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

In re Motion to dismiss 4:24-cv-1012 JSD Motion to Dismiss

Dear Mr. Graves,

I recognize my Pro Se blind spot in naming the seven management officials at Excelsior University in my complaint. I acknowledge the dismissal of my suit against them and rely on my claim against Excelsior University as the responding entity.

Respectfully,

Timothy Clarke Bagwell, Ph.D.